**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** March 1, 2021 |
| **USA v. Jeffrey Alan Siegmeister** | **Case Number:** 21-04068MJ-001-PCT-CDB |

**Assistant U.S. Attorney:** Patrick Joseph Schneider by video
**Attorney for Defendant:** Sarah Erlinder by video, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ

**INITIAL APPEARANCE**
**Date of Arrest:** February 26, 2021
☒ Warrant Other District
☒ NO Financial Affidavit taken; defendant sworn as to financial status.
Provisionally appointing Sarah Erlinder, AFPD, for the defendant, for Flagstaff proceedings only.
☒ Defendant states true name to be SAME.
   Further proceedings ORDERED in Defendant's true name.
☒ Defendant shall be temporarily detained in the custody of the United States Marshal.

Due to the ongoing COVID-19 pandemic, and in accordance with established CDC guidelines regarding public assemblies, parties appear by video.

**Identity/Removal Hearing and Detention Hearing** set for Thursday, March 4, 2021 at 10:00 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, Brandy v. Maryland, 373 U.S. 83 (1963), and all applicable decisions interpreting Brady, the government has a continuing obligation to produce all information or evidence known to the government that is relevant to the guilt or punishment of a defendant, including, but no limited to, exculpatory evidence. Accordingly, the Court Orders the government to produce to the defendant in a timely manner all information or evidence known to the government that tis either; (1) relevant to the defendant's guilt or punishment; or (2) favorable to the defendant on the issue of guilt or punishment. This Order is entered under rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Order or the government's obligations under Brady include, but are not limited to, the following: contempt, sanctions, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.

**Recorded By** Courtsmart
**Deputy Clerk** Christina Hurley

IA     10 min

Start: 10:45 am
Stop: 10:55 am