AO 94 (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Arizona

MAR 4 '21 12:21PM

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No.   21-4068-MJ-PCT-CDB |
| Jeffrey Alan Siegmeister ) | |
| ) | Charging District's |
| *Defendant* ) | Case No.   3:21-CR-16-MMH-JBT |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the   Middle   District of   Florida  .

The defendant may need an interpreter for this language:  _____.

The defendant:   ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: *March 4, 2021*

*Judge's signature*

Camille Bibles, US Magistrate Judge
*Printed name and title*